S. Frank Harrell, Esq. — SBN #133437
Scott D. Danforth, Esq. – SBN #258382
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868

(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT; SANDRA HUTCHENS; ORANGE COUNTY HEALTHCARE AGENCY

*Government Code § 6103*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA MAYNARD, as Personal Representative of the Estate of Michelle Marie Gee, deceased,, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ORANGE; ORANGE COUNTY SHERIFF'S DEPARTMENT; SANDRA HUCHENS; JAY LeFLORE; ORANGE COUNTY HEALTHCARE AGENCY, and DOES 1 through 25, inclusive, <br><br> Defendant. | Case No. SACV12-00124 AG (MLGx) <br><br> *Assigned for All Purposes to:* <br> *Hon. Andrew J Guilford – # 10D* <br><br> **[PROPOSED] ORDER FOR PROTECTIVE ORDER** |

/ / /

/ / /

/ / /

/ / /

1
[PROPOSED] ORDER FOR PROTECTIVE ORDER

## ORDER

Pursuant to the Stipulation of the parties and good cause appearing therefor, the Court adopts the parties' stipulation as its Order. The Court's Protective Order shall be in effect as of August 29, 2012.

**IT IS SO ORDERED**.

Date: August 29, 2012

_____
**HON. MARC L. GOLDMAN**
**United States Magistrate Judge**