S. Frank Harrell, Esq. — SBN #133437
Scott D. Danforth, Esq. – SBN #258382
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868

(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT, ORANGE COUNTY HEALTHCARE AGENCY, SANDRA HUTCHENS, and JAY LEFLORE

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA MAYNARD, as Personal Representative of the Estate of Michelle Marie Gee, deceased,, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ORANGE; ORANGE COUNTY SHERIFF'S DEPARTMENT; SANDRA HUCHENS; JAY LeFLORE; ORANGE COUNTY HEALTHCARE AGENCY, and DOES 1 through 25, inclusive, <br><br> Defendant. | Case No. SACV12-00124 AG (MLGx) <br><br> *Assigned for All Purposes to:* <br> *Hon. Andrew J. Guilford – # 10D* <br><br> **ORDER OF DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

---

1
ORDER OF DISMISSAL

## ORDER

Pursuant to the Stipulation of the parties and good cause appearing therefor, the Court orders as follows:

1. The above-captioned action is dismissed with prejudice by Plaintiff as against all Defendants pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.

2. Plaintiff shall be solely responsible for her own costs of suit and attorney's fees and any other costs or obligations which she may have incurred as a result of this lawsuit.

3. Defendants shall be solely responsible for their own costs of suit and attorney's fees and any other costs or obligations which they may have incurred as a result of this lawsuit.

**IT IS SO ORDERED**.

Date: _December 06, 2012      _____

**HON. ANDREW J. GUILFORD**
United States District Court